# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00554-CV

**David Acosta, Appellant**

**v.**

**Wyanza Renee Acosta, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 06-2408-FC2, HONORABLE JOHN McMASTER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant David Acosta and Appellee Wyanza Renee Acosta have filed an "Agreed Motion to Dismiss" this appeal. We grant the agreed motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Agreed Motion

Filed: April 29, 2009